AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

DANE STUART,

*Plaintiff(s)*

v.

ALEXANDER ALVARADO; MICHAEL CAPRA; JONATHAN P. FRANCO; KEENAN JOHN; VICENTE SANTIAGO; ZUNIEL TORRES; and JOHN DOES #1 to X, as yet unidentified employees of DOCCS,

*Defendant(s)*

Civil Action No. 26-CV-7605 (KMK)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

See Attached Rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Margaret Gandy, Esq.
Elizabeth Geddes, Esq.
Corva Law LLP
110 West 40th Street, Suite 1003
New York, NY 10018
(646) 974-1143

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 09/15/2026

s/ G. Pisarczyk

*Signature of Clerk or Deputy Clerk*

Civil Action No. 26-CV-7605 (KMK)

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________

was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________

______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________

______________________ , a person of suitable age and discretion who resides there,

on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ______________

______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

Print Save As... Reset

MULTIPLE DEFENDANT RIDER
STUART V. ALVARADO, ET AL.
26-CV-7605 (KMK)

---

1. ALEXANDER ALVARADO (Formerly, Sergeant)
   New York State Department of Corrections and Community Supervision
   1220 Washington Avenue
   Harriman State Campus - Building 4
   Albany NY 12226

2. MICHAEL CAPRA (Formerly, Superintendent)
   New York State Department of Corrections and Community Supervision
   1220 Washington Avenue
   Harriman State Campus - Building 4
   Albany NY 12226

3. JONATHAN P. FRANCO (Correction Officer)
   Sing Sing Correctional Facility
   354 Hunter Street
   Ossining, NY 10562

4. KEENAN JOHN (Correction Officer)
   Sing Sing Correctional Facility
   354 Hunter Street
   Ossining, NY 10562

5. VICENTE SANTIAGO (Formerly, Correction Officer)
   New York State Department of Corrections and Community Supervision
   1220 Washington Avenue
   Harriman State Campus - Building 4
   Albany NY 12226

6. ZUNIEL TORRES (Formerly, Correction Officer)
   New York State Department of Corrections and Community Supervision
   1220 Washington Avenue
   Harriman State Campus - Building 4
   Albany NY 12226