**Office of the New York State Attorney General**

**Letitia James**
**Attorney General**

October 14, 2026

**<u>Via ECF</u>**
Hon. Kenneth K. Karas
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: <u>Stuart v. Alvarado, et al.</u>, 26 Civ. 7605 (KMK)

Dear Judge Karas:

I write, with the gracious consent of Plaintiff, on behalf of the Office of the New York State Attorney General to respectfully request an extension of time for <u>all</u> defendants to respond to Plaintiff's Complaint to <u>December 11, 2026</u>. Plaintiff filed this action on September 4, 2026 against Defendants Keenan John, Alexander Alvarado, Michael Capra, Jonathan Franco, Zuniel Torres and Vincente Santiago. Defendants Alvarado, Capra, Franco and John were served on September 22, 2026, and their responses were due October 13, 2026. Defendants Torres and Santiago were served on September 28, 2026, and their responses are due October 19, 2026. This Office has thus far received a request for representation from Defendant John.

The grounds for this request are that I recently returned to the office from maternity leave on Friday, October 9, 2026, and more time is needed to obtain requests for representation from the remaining Defendants, complete our representation analysis, and investigate the facts to determine the appropriate response to the Complaint. This is the first request for an extension of these deadlines.

Granted, but there will be no further such extensions.

So Ordered.
10/14/26

Respectfully submitted,

*/s/ Gee Won Cha*
Gee Won Cha
Assistant Attorney General
Geewon.Cha@ag.ny.gov

cc: Plaintiff's Counsel (via ECF)